UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENAL CAMACHO, ET AL.,

                Plaintiffs,        23-cv-10216 (JGK)

    - against -                   ORDER

THE CITY OF NEW YORK, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The time for the defendants to answer is extended to January 19, 2024.

SO ORDERED.

Dated:    New York, New York
           December 22, 2023

                                        John G. Koeltl
                                  United States District Judge