```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JENAL CAMACHO, ET AL.,

                Plaintiffs,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

---

23-cv-10216 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **January 30, 2024**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            January 18, 2024

                                  */s/ John G. Koeltl*
                                    John G. Koeltl
                             **United States District Judge**