```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JENAL CAMACHO, ET AL.,

               Plaintiffs,

    - against -

CITY OF NEW YORK, ET AL.,

               Defendants.

23-cv-10216 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff is directed to provide any notice of claim and § 160.50 release by **February 16, 2024**. The deadline for the defendants to answer is **March 1, 2024**. The parties are directed to provide a status report by **March 15, 2024**.

SO ORDERED.

Dated:    New York, New York
            February 13, 2024

                                                John G. Koeltl
                                        United States District Judge