```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

JENAL CAMACHO, ET AL.,

                Plaintiffs,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

―――――――――――――――――――――――――――――――――

23-cv-10216 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to file a Rule 26(f) Report by **March 15, 2024.**

**SO ORDERED.**

Dated:    New York, New York
            March 4, 2024

                                       /s/ John G. Koeltl
                                     _____
                                       **John G. Koeltl**
                                   **United States District Judge**