UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENAL CAMACHO, et al.,
                    Plaintiff(s)

                    23 civ 10216 (JGK)

      -against-

CITY OF NEW YORK, et al.,
                    Defendant(s).
------------------------------------------------------------X

## ORDER

The matter currently referred to mediation,

The conference scheduled for April 3, 2024, at 3:00pm, is canceled.

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         March 26, 2024