```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JENAL CAMACHO, ET AL.,

              Plaintiffs,

  - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

23-cv-10216 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff should file an Amended Complaint by **May 29, 2024.** The deadline to move or answer is **June 19, 2024.** If the defendants intend to file a motion to dismiss, there should be a request for a pre-motion conference.

**SO ORDERED.**

Dated:   New York, New York
         May 15, 2024

                                        John G. Koeltl
                                  United States District Judge