**PAWAR LAW GROUP P.C.**
ATTORNEYS AT LAW
20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007
TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

Robert Blossner

Vik Pawar

May 28, 2024

**BY ECF:**
The Honorable John J. Koeltl
United States District Judge

Re:   *Camacho v. City of New York, et al.*, 23 CV 10216 (JGK)

Dear Judge Koeltl:

I represent the plaintiffs in this action.

I respectfully request an extension to file plaintiffs' First Amended Complaint ("FAC"). This is the first such request and the defendant City consents.

I need this extension because both parties are attempting to narrow down the number of defendants that could possibly be named in the FAC.

Plaintiffs respectfully request until June 5, 2024, to file the amended complaint and request that the defendant City's answer or response be due on June 26, 2024.

Thank you.

Respectfully,

/s/ Vik Pawar

Application granted. **SO ORDERED.**

**Dated May 29, 2024**            /s/ John G. Koeltl
**New York, New York**            John G. Koeltl, U.S.D.J.

Cc:   Defense Counsel