```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JENAL CAMACHO, ET AL.,

        Plaintiffs,

  - against -

CITY OF NEW YORK, ET AL.,

        Defendants.

23-cv-10216 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a telephone conference on **July 3, 2024 at 11:30 a.m.** The case is stayed pending the conference.

Dial-in: 888-363-4749, with access code 8140049

SO ORDERED.

Dated:    New York, New York
           June 27, 2024

                                          John G. Koeltl
                                     United States District Judge