UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENAL CAMACHO, ET AL.,

        Plaintiffs,

- against -

CITY OF NEW YORK, ET AL.,

        Defendants.

23-cv-10216 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    The City of New York will provide service addresses for the individual named defendants by **July 12, 2024.** The City of New York will also provide the plaintiff with the contact information for the appropriate Assistant District Attorney so that the plaintiff can discuss the status of the affidavit for the search warrant at issue in this case. The plaintiff should apply to a state court judge if the plaintiff wishes to unseal the affidavit.

    The time for the City of New York to file a motion to dismiss is **September 13, 2024.** The time for the plaintiff to respond is **October 4, 2024.** The time for the City to reply is **October 21, 2024.**

SO ORDERED.

Dated:    New York, New York
            July 3, 2024

                                      John G. Koeltl
                                 United States District Judge