UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENAL CAMACHO, ET AL.,

        Plaintiffs,

- against -

CITY OF NEW YORK, ET AL.,

        Defendants.

---

23-cv-10216 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **July 17, 2024 at 12:00 p.m.** The case is stayed pending the conference.

    Dial-in: 888-363-4749, with access code 8140049

**SO ORDERED.**

Dated:    New York, New York
             July 10, 2024

                                              John G. Koeltl
                                       United States District Judge