```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JENAL CAMACHO, ET AL., | 23-cv-10216 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| CITY OF NEW YORK, ET AL., | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

The conference is adjourned to **July 18, 2024** at **11:00 a.m.**

The plaintiff should promptly provide to counsel for the defendant, the City of New York (the "City"), the specific written discovery that the plaintiff contends should be answered promptly by the City, and the parties should discuss that discovery prior to the conference with a view to the importance of limiting the parties in this case and promptly identifying the proper parties in this case.

**SO ORDERED.**

Dated:   New York, New York
         July 12, 2024

*/s/ John G. Koeltl*
John G. Koeltl
United States District Judge