UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENAL CAMACHO, ET AL.,

        Plaintiffs,

    - against -

CITY OF NEW YORK, ET AL.,

        Defendants.

---

23-cv-10216 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff may file an Amended Complaint by **July 26, 2024.** The time for all defendants to move or answer is extended to **September 27, 2024.** If the defendants file a motion to dismiss, the time to respond is **October 18, 2024.** The time to reply is **November 1, 2024.**

    If the defendants file an answer, rather than a motion, the parties should submit a Rule 26(f) Report by **October 18, 2024.**

SO ORDERED.

Dated:    **New York, New York**
          **July 18, 2024**

                         **John G. Koeltl**
                  **United States District Judge**